**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 16-00266 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JENNIFER L. FRANKLIN & JEFFREY M. FRANKLIN | ~~HANDBILL~~ Sale |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JENNIFER L. FRANKLIN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP code)
40 Chestnut Street Tunkhannock, PA 18657

SEND NOTICE OF SERVICE COPY OF REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group, P.C.
701 Market
Suite 5000
Philadelphia, PA 19106

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers and Estimated Times Available for Service)*

WYOMING CO. SALE → SEE MEMO FROM USDA
11/3/16  10:00 AM

Signature of Attorney other Originator requesting service behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 215-627-1322
DATE: 7/29/16

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 11/3/16   Time: 1000 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $130.00 | | | $25.87 | | $0.00 |

REMARKS: 11/3/16 - (1) DUSM - 2 HRS - $130.00, TOTAL MILEAGE 47.9 MILES - $25.87

PRINT 5 COPIES
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

U.S. DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE
NOTICE OF U.S. MARSHAL'S SALE
ADVERTISING FORM

**Property 1**
THE UNITED STATES OF AMERICA vs. JENNIFER L. FRANKLIN & JEFFREY M. FRANKLIN
Civil #16-00266

Public notice is hereby given, that by virtue of an Order dated July 07, 2016, issued out of the United States District Court for the Middle District of Pennsylvania on a judgment rendered in Court on July 07, 2016, in the amount of $119,121.36 plus interest from November 02, 2015 in favor of The United States of America and against JENNIFER L. FRANKLIN and JEFFREY M. FRANKLIN, the following described real estate, located at 40 Chestnut Street Tunkhannock, PA 18657, shall be offered for sale. To obtain a complete legal description please contact Jillian Hill at 215-825-6305.

PROPERTY LOCATION:    40 Chestnut Street
                     Tunkhannock, PA 18657
                     Parcel/Folio # 26-051.1-047-00-00-00-1

The above-mentioned properties offered up for sale on October 13, 2016 at 11:00 AM at The steps located at the Courthouse Square Street Entrance of the Wyoming County Courthouse, which is located at 1 Courthouse Square Tunkhannock, PA 18657, at public auction, to the highest and best bidder by the U.S. Marshal for the Middle District of Pennsylvania. I will be advertising, the Marshal's Sale of real estate situated in the Middle District of Pennsylvania, in the following newspaper New Age – Examiner, on the following dates: 9/15/2016; 9/22/2016; 9/29/2016; 10/6/2016

And I will, accordingly offer the real estate for sale to the highest and best bidder, for cashier's check or teller's check.

**The following terms of sale apply to all of the above listed properties.**

Terms of Sale: Ten percent (10%) of the highest sum bid must be deposited by the highest bidder in cashier's check or certified check with the Marshal immediately. The balance of the purchase price shall be paid in cashier's check or certified check within thirty (30) days after Marshal's Sale Otherwise, the purchaser will forfeit their deposit and the Marshal may settle with a second bidder who has made the required deposit at the Marshal's Sale and thereby registered their willingness to take the property at the highest price bid, provided such second bidder deposits the balance of the purchase price within 10 days after notice from the Marshal of the first bidder's default. If no second bid be registered, the property may be sold again at the risk of the defaulting bidder, and in case of any deficiency in such resale, the defaulting bidder shall make good the same to the person injured thereby and the deposit shall be forfeited and distributed with the other funds created by the sale.

**Bidder must have proceeds immediately available and on his person in order to bid, bidder will not be permitted to leave the sale and return with proceeds.** The successful bidder takes the real estate subject to, and shall pay all taxes, water rents, sewer charges, municipal claims, and other charges and liens not divested by the sale and must also pay all state and local realty transfer taxes or stamps, to the extent the fund created by the sale is insufficient to pay such transfer taxes.

Distribution of Proceeds: A Schedule of Proposed Distribution of the proceeds of sale will be filed with the Marshal within ten (10) days of confirmation by Court Order of the sale. No Schedule of Distribution will be filed if the property is sold to the Plaintiff for costs only. The Marshal shall distribute the proceeds of sale in accordance with the proposed Schedule of Distribution unless written exceptions are filed with the Marshal not later than ten (10) days after the filing of the proposed schedule.

For information concerning the amount that Plaintiff intends to bid, for information regarding the status if this sale, the exact location of the sale in the courthouse, or for other information you may contact: Jillian Hill at 215-825-6305 or JHill@kmllawgroup.com.

For a complete list of all properties offered for sale by the Department of Agriculture go to:

http://www.resales.usda.gov/

The sale may be postponed in accordance with Pa. R.C.P. 3129.1 et seq. for up to 100 days. Please contact Jillian Hill, Paralegal, with KML Law Group, P.C., at the above phone numbers prior to the scheduled sale date to confirm that the sale will proceed.

    Dated August 3, 2016

_____
Martin Pane, United States Marshal
Middle District of Pennsylvania

                    **remove after October 13, 2016**



U. S. Department of Justice

United States Marshals Service

*Middle District of Pennsylvania*

---

Scranton, PA 18501

## U.S. MARSHALS SALE OF REAL PROPERTY

### CIVIL ACTION: _____

I, _____, a Deputy U. S. Marshal for the Middle District of Pennsylvania, sold the property located at:

_____

The public sale was held on _____ and the highest bidder was: _____, who bid the amount of $_____.

_____
Deputy U.S. Marshal
Middle District PA

# BIDDERS REGISTRATION FORM

*(PLEASE PRINT NEATLY)*

**NAME:** _____

**ADDRESS:** _____

_____

**PHONE (DAY):** _____

BELOW PLEASE PROVIDE THE NAME (s) IN WHICH THE DEED WILL BE REGISTERED, IF YOU ARE A SUCCESSFUL BIDDER.

***** THERE WILL BE NO EXCEPTIONS OR CHANGES*****

**PRINT LEGIBLY EXACTLY HOW YOU WANT THE DEED TO APPEAR**

THE DEED IS TO BE PREPARED UNDER THE FOLLOWING NAME (s):

_____

_____

**THE ABOVE IS PRECISELY HOW THE NAME (s) IS TO APPEAR IN THE DEED**



**United States Department of Agriculture**
Rural Development
Centralized Servicing Center
Foreclosure Centralization Initiative
4300 Goodfellow Blvd., FC215 Bldg. 105, St. Louis, MO 63120-1703
(800)349-5097 ext 4500 or (314)457-4449 (FAX)
Web: http://www.rurdev.usda.gov

Committed to the future of rural communities.

October 25, 2016

United States Attorney
Middle District of Pennsylvania
235 North Washington Street
PO Box 309 – Federal Building
Scranton, Pennsylvania 18501

Attention: Justin Blewitt

**Re:** USA vs. Jennifer L. Franklin and Jeffrey M. Franklin
US Marshal Sale – Thursday, November 3, 2016 – 11:00 AM - RESCHEDULED
Civil No. 16-00266 - Wyoming County

Dear Attorney:

This is to inform you that KML Law Group, P.C. will represent Rural Development at the U.S. Marshal's Sale to be held November 3, 2016 at 11:00 AM at the steps of the Courthouse Square Street Entrance of the Wyoming County Courthouse, located at 1 Courthouse Square Tunkhannock, PA 18657.

███████████████ which represents the net recovery value and does not include the Clerk of the Court and U.S. Marshal's costs.

The USDA Centralized Servicing Center has paid Real Estate taxes current.

The property is vacant. Notes on occupancy: If occupied "Eviction will be necessary if the property is acquired by the Government."

Sincerely,

Cathy Diederich
Foreclosure Representative

cc:  David Corwin, PA Programs Director
     Regional Attorney Office Harrisburg, PA Attn: Debra Foose
     U.S. Marshal's Office, Middle District Attn: Andrea Lavelle andrea.lavelle@usdoj.gov
     KML Law Group, P.C., Attorney Attn: Jillian Hill jhill@kmllawgroup.com
     CSC FCI - case file

"USDA is an equal opportunity provider, employer and lender."
To file a complaint of discrimination write USDA, Office of Civil Rights, Programs, 300 7th Street SW, Room 400 (Stop 9430),
Washington, DC 20024 or call (866)632-9992 (Voice), (202) 401-0216 (TDD/TTY Hearing Impaired Only) or (202)720-8046 (FAX)

# BIDDERS REGISTRATION FORM

*(PLEASE PRINT NEATLY)*

NAME: _____

ADDRESS: _____

_____

PHONE (DAY): _____

BELOW PLEASE PROVIDE THE NAME (s) IN WHICH THE DEED WILL BE REGISTERED, IF YOU ARE A SUCCESSFUL BIDDER.

***** THERE WILL BE NO EXCEPTIONS OR CHANGES*****

PRINT LEGIBLY EXACTLY HOW YOU WANT THE DEED TO APPEAR

THE DEED IS TO BE PREPARED UNDER THE FOLLOWING NAME (s):

_____

_____

**THE ABOVE IS PRECISELY HOW THE NAME (s) IS TO APPEAR IN THE DEED**

# BIDDERS REGISTRATION FORM

*(PLEASE PRINT NEATLY)*

NAME: _____

ADDRESS: _____

_____

PHONE (DAY): _____

BELOW PLEASE PROVIDE THE NAME (s) IN WHICH THE DEED WILL BE REGISTERED, IF YOU ARE A SUCCESSFUL BIDDER.

***** THERE WILL BE NO EXCEPTIONS OR CHANGES*****

PRINT LEGIBLY EXACTLY HOW YOU WANT THE DEED TO APPEAR

THE DEED IS TO BE PREPARED UNDER THE FOLLOWING NAME (s):

_____

_____

**THE ABOVE IS PRECISELY HOW THE NAME (s) IS TO APPEAR IN THE DEED**

# BIDDERS REGISTRATION FORM

*(PLEASE PRINT NEATLY)*

NAME: _____

ADDRESS: _____

_____

PHONE (DAY): _____

BELOW PLEASE PROVIDE THE NAME (s) IN WHICH THE DEED WILL BE REGISTERED, IF YOU ARE A SUCCESSFUL BIDDER.

***** **THERE WILL BE NO EXCEPTIONS OR CHANGES*****

PRINT LEGIBLY EXACTLY HOW YOU WANT THE DEED TO APPEAR

THE DEED IS TO BE PREPARED UNDER THE FOLLOWING NAME (s):

_____

_____

THE ABOVE IS PRECISELY HOW THE NAME (s) IS TO APPEAR IN THE DEED

# BIDDERS REGISTRATION FORM

*(PLEASE PRINT NEATLY)*

NAME: _____

ADDRESS: _____

_____

PHONE (DAY): _____

BELOW PLEASE PROVIDE THE NAME (s) IN WHICH THE DEED WILL BE REGISTERED, IF YOU ARE A SUCCESSFUL BIDDER.

***** THERE WILL BE NO EXCEPTIONS OR CHANGES*****

PRINT LEGIBLY EXACTLY HOW YOU WANT THE DEED TO APPEAR

THE DEED IS TO BE PREPARED UNDER THE FOLLOWING NAME (s):

_____

_____

THE ABOVE IS PRECISELY HOW THE NAME (s) IS TO APPEAR IN THE DEED

# BIDDERS REGISTRATION FORM

*(PLEASE PRINT NEATLY)*

NAME: _____

ADDRESS: _____

_____

PHONE (DAY): _____

BELOW PLEASE PROVIDE THE NAME (s) IN WHICH THE DEED WILL BE REGISTERED, IF YOU ARE A SUCCESSFUL BIDDER.

***** THERE WILL BE NO EXCEPTIONS OR CHANGES*****

PRINT LEGIBLY EXACTLY HOW YOU WANT THE DEED TO APPEAR

THE DEED IS TO BE PREPARED UNDER THE FOLLOWING NAME (s):

_____

_____

THE ABOVE IS PRECISELY HOW THE NAME (s) IS TO APPEAR IN THE DEED

# BIDDERS REGISTRATION FORM

*(PLEASE PRINT NEATLY)*

NAME: _____

ADDRESS: _____

_____

PHONE
(DAY): _____

BELOW PLEASE PROVIDE THE NAME (s) IN WHICH THE DEED WILL BE REGISTERED, IF YOU ARE A SUCCESSFUL BIDDER.

***** **THERE WILL BE NO EXCEPTIONS OR CHANGES*****

PRINT LEGIBLY EXACTLY HOW YOU WANT THE DEED TO APPEAR

THE DEED IS TO BE PREPARED UNDER THE FOLLOWING NAME (s):

_____

_____

**THE ABOVE IS PRECISELY HOW THE NAME (s) IS TO APPEAR IN THE DEED**

# BIDDERS REGISTRATION FORM

*(PLEASE PRINT NEATLY)*

NAME: _____

ADDRESS: _____

_____

PHONE (DAY): _____

BELOW PLEASE PROVIDE THE NAME (s) IN WHICH THE DEED WILL BE REGISTERED, IF YOU ARE A SUCCESSFUL BIDDER.

***** THERE WILL BE NO EXCEPTIONS OR CHANGES*****

PRINT LEGIBLY EXACTLY HOW YOU WANT THE DEED TO APPEAR

THE DEED IS TO BE PREPARED UNDER THE FOLLOWING NAME (s):

_____

_____

THE ABOVE IS PRECISELY HOW THE NAME (s) IS TO APPEAR IN THE DEED